```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/30/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, and TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, and THE CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK,

          Plaintiffs,

-against-

ANXI FLOOR SOLUTIONS INC. and C.M.D. FLOOR COVERING, INC.,

          Defendants.

1:22-cv-3631-MKV

SCHEDULING ORDER

MARY KAY VYSKOCIL, United States District Judge:

The Court will hold a hearing on Plaintiffs' motion for a default judgment on December 6, 2022 at 11:00 AM. The hearing will be held in Courtroom 18C of the 500 Pearl Street Courthouse, New York, New York.

Plaintiffs are directed to serve a copy of this order on Defendants along with a copy of Plaintiffs' motion for a default judgment and all supporting papers on or before December 4, 2022. Proof of service must be filed on the ECF docket by December 5, 2022.

**SO ORDERED.**

**Dated: November 30, 2022**
      **New York, New York**

                                            */s/ Mary Kay Vyskocil*
                                            **HON. MARY KAY VYSKOCIL**
                                            **United States District Judge**