USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/12/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, and TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, and THE CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK,

Plaintiffs,

-against-

ANXI FLOOR SOLUTIONS INC. and C.M.D. FLOOR COVERING, INC.,

Defendants.

1:22-cv-3631-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

On December 6, 2022, the Court held a hearing on Plaintiffs' motion for a default judgment against Defendants. At the hearing, the Court identified a potential problem with Plaintiffs' service of process on Defendant C.M.D. Floor Covering, Inc. ("CMD") and directed Plaintiffs to file a revised proposed order on its motion for default judgment. Instead, on December 7, 2022, Plaintiffs filed a letter requesting leave to re-serve the pleadings upon Defendant CMD [ECF No. 25], which the Court granted [ECF No. 26]. Plaintiffs filed an affidavit of service of summons and complaint on the docket on December 9, 2022, which provided that Defendant CMD was re-served on December 7, 2022. [ECF No. 27]. By December 16, 2022, Plaintiffs shall advise the Court of whether, in their view, re-serving the pleadings upon Defendant CMD mooted, in full or in part, their motion for a default judgment.

SO ORDERED.

Dated: December 12, 2022
       New York, New York

                                              HON. MARY KAY VYSKOCIL
                                              United States District Judge